# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MARIO A. RENTERIA,

               Petitioner,

   v.

PAUL M. SCHULTZ,

               Respondent.

)
)
)
)
)
)
)
)
)
)
)
)
)

CV F 04-6506 AWI WMW HC

ORDER DENYING MOTION FOR EXPEDITED REVIEW

[Doc. 5]

Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.   On July 5, 2005, Petitioner filed a motion for expedited review of this case.   On July 14, 2005, the court entered an order requiring Respondent to file an answer by September 14, 2005.  Accordingly, Petitioner's motion is HEREBY DENIED as moot.


IT IS SO ORDERED.

**Dated:    February 13, 2006**           **/s/  William M. Wunderlich**
bl0dc4                      UNITED STATES MAGISTRATE JUDGE

1