# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO A. RENTERIA,<br><br>                 Petitioner,<br><br>    v.<br><br>PAUL M. SCHULTZ,<br><br>                 Respondent. | CV F 04-6506 AWI WMW HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE MOTION TO DISMISS<br><br>[Doc. 13, 14] |

      Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging the finding of a prison disciplinary hearing officer.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On May 25, 2006, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days.  No objections were filed.  Although Petitioner's copy of the findings and recommendations were returned by the United States Postal Service as undeliverable, service at a party's address of record is fully effective.  Local Rule 83-183.

1

1    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1. The findings and recommendations issued by the Magistrate Judge on May 25, 2006, are a adopted in full;
2. The Petition for Writ of Habeas Corpus is DISMISSED as moot;
3. The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

Dated:    July 29, 2006                      /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE